## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN LOGHRY, | ) | 7:04CV5017 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STEVE FRANCISCO and SUSAN | ) | |
| FRANCISCO, individually and as | ) | |
| trustee of 1 Star Search, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon the parties' joint stipulation for an enlargement of time (filing 37). I find that the motion should be granted.

IT IS ORDERED that the motion in filing 37 is granted, and Plaintiff shall have until Monday, June 20, 2005 to file a brief and evidence in response to the pending motion to dismiss (filing 43).

DATED this 7th day of June, 2005.

BY THE COURT:

s/Richard G. Kopf
United States District Judge