```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| PHILIP M. KELLY, | ) | |
| | ) | |
| Plaintiff, | ) | 7:04CV5017 |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE FRANCISCO and | ) | ORDER |
| STARSEARCH INTERNATIONAL, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties shall have until ten days after the court's ruling on the pending motion to dismiss (filing 53) in which to "meet and confer" as directed by <u>Fed. R. Civ. P.</u> 26(f) and file their joint report of planning meeting.

DATED this 13th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge